IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-00109-WS-N |
| | ) | |
| SARAH STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 12, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 18th day of March, 2014.

                                                **s/WILLIAM H. STEELE**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**