# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WENDY WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 14-00109-WS-N |
| SARAH STEWART, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITHOUT PREJUIDCE** pursuant to 28 U.S.C. § 1915(g).

**DONE** this the 18th day of March, 2014.

                           **s/WILLIAM H. STEELE**
                           **CHIEF UNITED STATES DISTRICT JUDGE**